

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00583-CV

**IN THE INTEREST OF I.J.S.**, et al., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01574
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant S.S. because she is indigent.

SIGNED December 18, 2019.

_____
Beth Watkins, Justice